

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00175-CV

**IN RE** Maria Cristina Sada de **BRITTINGHAM,**
Angel Eduardo Marroquin Brittingham, Daniel Milmo Brittingham, and Maria Cristina Lobeira
Brittingham

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed: June 30, 2010

PETITION FOR WRIT OF MANDAMUS DISMISSED

On June 14, 2010, relators filed a joint motion to dismiss, asking this court to dismiss this mandamus proceeding because the parties have settled all matters in controversy. Accordingly, relators' petition for writ of mandamus is DISMISSED AS MOOT. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2000-PB-7000049-L1, in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino "Ben" Morales presiding.